IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

DRI-DESIGN, LLC,

        Plaintiff,                         Case No. 1:11-cv-1205

vs.                                     Hon. Paul L. Maloney

BAMCO, INC.,                    **STIPULATED FINAL JUDGMENT**

        Defendant.

_____ /

        IT IS ORDERED AND ADJUDGED that final judgment is entered in favor of Plaintiff against Defendant as follows:

        Defendant and its employees, agents, successors in interest, assigns, and all persons in active concert with any of them, are permanently enjoined, for as long as U.S. Patent No. 6,694,694 remains in force, from making, using, selling, offering for sale, or importing, within the United States of America and its territories, the product depicted in the attached photographs ("Exhibit A") as well as any similarly designed or constructed products which are no more than colorably different therefrom, except for products obtained from Plaintiff or a lawful source authorized by Plaintiff.

IT IS FURTHER ORDERED that no damages are awarded and all other claims between the parties are hereby dismissed with prejudice, with each party bearing its own costs and attorney fees.


Dated: February 28, 2012        /s/  Paul L. Maloney

Paul L. Maloney
Chief United States District Judge


We stipulate to entry of the foregoing Stipulated Final Judgment:


s/ James Moskal
James Moskal
Attorney for Plaintiff


s/ John A. Waters
John A. Waters
Attorney for Defendant

2

# EXHIBIT A









